## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number:

R. RUDNICK & CO. v.
PRECISION MIDWEST, LTD. and JOHN DOES 1-10,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PRECISION MIDWEST, LTD., Defendant

FILED
APRIL 3, 2008                    YM
08CV1922
JUDGE HIBBLER
MAGISTRATE JUDGE SCHENKIER

| | |
|---|---|
| NAME (Type or print)<br>Mark J. Rose, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark J. Rose | |
| FIRM<br>Law Offices of Mark J. Rose | |
| STREET ADDRESS<br>200 West Adams Street, Suite 2850 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2378728 | TELEPHONE NUMBER<br>312.704.1446 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ✓

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ✓

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ✓

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐