**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **R. RUDNICK & CO.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.  08 CV 1922** |
| **PRECISION MIDWEST, LTD., and JOHN** | ) | **Judge William J. Hibbler** |
| **DOES 1-10,** | ) | **Magistrate Judge Sidney I. Schenkier** |
| **Defendants.** | ) | |

**DEFENDANT PRECISION MIDWEST, LTD.'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Precision Midwest, Ltd. ("Precision"), by and through its attorneys, moves this

Court for an extension of time in which to answer or otherwise respond to the Class Action

Complaint of Plaintiff R. Rudnick & Co. ("Rudnick").  In support of such motion, Precision

respectfully states as follows:

1.      On February 28, 2009, Rudnick filed a Class Action Complaint against Precision

alleging that Precision violated federal and state statutory and common law by sending Rudnick

an unsolicited fax advertisement.  In Count I, Rudnick alleges violation of the federal Telephone

Consumer Protection Act ("TCPA"), 47 U.S.C. §227.  In Count II, Rudnick alleges violation of

the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/2.

In Count III, Rudnick attempts to state a claim for common law conversion of property.

2.      The case was initially filed in the Circuit Court of Cook County, Illinois,

Chancery Division under Docket No. 08 CH 07903.  On April 3, 2008, Precision timely removed

the case to this Court on the basis of federal question jurisdiction.

3.      Precision's counsel has yet to receive or review his client's file materials relating

to this case.

4.      Precision's counsel also is currently engaged in a number of additional matters requiring immediate attention which necessitate this request for an extension, including, but not limited to, a preliminary injunction hearing in the case *PolyBrite International, Ltd. v. Brenner, et al.*, United States District Court for the Northern District of Illinois, Eastern Division, Case No. 08 C 1797.

5.      Precision's counsel requires up to and including May 1, 2008 in which to answer or otherwise respond to Rudnick's Class Action Complaint against Precision.

6.      Precision's counsel has spoken with Rudnick's counsel who has advised that Rudnick does not oppose Precision's request for an extension.

7.      This request for an extension of time is made in good faith and without prejudice to any party.  It will not unduly delay the progress of this case to trial.

WHEREFORE, Defendant, Precision Midwest, Ltd. hereby requests entry of an Order granting it an extension up to and including May 1, 2008 in which to answer or otherwise respond to the Class Action Complaint of R. Rudnick & Co.

Respectfully submitted,

PRECISION MIDWEST, LTD.

By:  /s/ Mark J. Rose
     One of Its Attorneys

| | |
|---|---|
| #2378728 | #3126670 |
| Mark J. Rose, Esq. | Constantine John Gekas, Esq. |
| LAW OFFICES OF MARK J. ROSE | GEKAS & ASSOCIATES, LTD. |
| 200 W. Adams Street, Suite 2850 | 11 S. LaSalle St., Suite 1700 |
| Chicago, Illinois 60606 | Chicago, Illinois 60603 |
| 312.704.1446 | 312.726.4501 |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on April 9, 2008, *Defendant Precision Midwest, Ltd.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint* was electronically filed in the United States District Court for the Northern District of Illinois, Eastern Division.  Notice of this filing will be sent to the following party by First-Class U.S. mail from the U.S. mailbox located at 200 West Adams Street, Chicago, Illinois, proper postage prepaid, before 5:00 p.m.:

    Daniel A. Edelman, Esq.
    Edelman, Combs, Latturner & Goodwin, LLC
    120 S. LaSalle Street, 18th Floor
    Chicago, Illinois 60603

Notice of this filing will be sent to all parties by operation of this Court's electronic filing system. Parties may access the filings through this Court's electronic system.

                                        /s/ Mark J. Rose
                                        _____

                                        One of Defendant's Attorneys


#2378728                              #3126670
Mark J. Rose, Esq.                    Constantine John Gekas, Esq.
LAW OFFICES OF MARK J. ROSE           GEKAS & ASSOCIATES, LTD.
200 W. Adams Street, Suite 2850       11 S. LaSalle St., Suite 1700
Chicago, Illinois 60606               Chicago, Illinois 60603
312.704.1446                          312.726.4501