IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R. RUDNICK & CO., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08 CV 1922 |
| PRECISION MIDWEST, LTD., and JOHN DOES 1-10, | ) Judge William J. Hibbler |
| | ) Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) |

### NOTICE OF MOTION

**TO:** Daniel A. Edelman, Esq.
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on April 16, 2008, at 9:30 a.m., I shall appear before the Honorable William J. Hibbler, Courtroom 1225, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Defendant Precision Midwest, Ltd.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint*. You may appear at such time and place if you so see fit.

/s/ Mark J. Rose

**MARK J. ROSE**

### CERTIFICATE OF SERVICE

I, Mark J. Rose, an attorney, certify that on April 9, 2008, I caused a copy of the foregoing *Notice of Motion* and the Motion referred to therein to be served upon the party indicated by depositing the same in the United States mailbox at 200 West Adams Street, Chicago, Illinois, before 5:00 p.m. with proper postage prepaid. Notice of this filing also will be sent to all parties by operation of this Court's electronic filing system. Parties may access the filings through this Court's electronic system.

/s/ Mark J. Rose

**MARK J. ROSE**

| | |
|---|---|
| #2378728 | #3126670 |
| Mark J. Rose, Esq. | Constantine John Gekas, Esq. |
| LAW OFFICES OF MARK J. ROSE | GEKAS & ASSOCIATES, LTD. |
| 200 W. Adams Street, Suite 2850 | 11 S. LaSalle St., Suite 1700 |
| Chicago, Illinois 60606 | Chicago, Illinois 60603 |
| 312.704.1446 | 312.726.4501 |