# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1922 | **DATE** | 4/16/2008 |
| **CASE TITLE** |  | R. Rudnick & Co. Vs. Precision Midwest, et al. | |

**DOCKET ENTRY TEXT**

Defendant Precision Midwest's unopposed motion for extension of time until 5/1/08 to answer or otherwise respond to complaint is granted. Status hearing to set discovery schedule set for 5/22/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|