# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 1922 |
| v. | ) | |
| | ) | Judge Hibbler |
| PRECISION MIDWEST, LTD., | ) | |
| and JOHN DOES 1-10, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff R. Rudnick & Co. respectfully gives notice pursuant to Fed. R. Civ. P. 41(a)(i) of voluntary dismissal of its individual claims with prejudice and without costs. Defendant has not filed an answer or motion for summary judgment and thus, good cause exists to voluntarily dismiss plaintiff's individual claims with prejudice and without costs.

Plaintiff respectfully requests that the Court dismiss the class claims alleged in the complaint without prejudice and without costs.   Plaintiff has not filed a motion a motion for class certification and there has been no publicity regarding this case which would cause a putative class member to believe that his or her claim against Defendant was being prosecuted by the Plaintiff.  Therefore, good cause exists for excusing notice to the putative class in light of the voluntary dismissal of this action.

Respectfully submitted,

/s/   Heather Kolbus
Heather Kolbus

Daniel A. Edelman

Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
*Attorneys for Plaintiff and Class*