UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 1922 |
| v. | ) | |
| | ) | Judge Hibbler |
| PRECISION MIDWEST, LTD., | ) | |
| and JOHN DOES 1-10, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**TO:**   Please see certificate of service.

    **PLEASE TAKE NOTICE** that on April 28, 2008, we caused to be filed with the clerk of the United States District Court for the Northern District of Illinois, the following document: **NOTICE OF VOLUNTARY DISMISSAL**, copies of which are attached hereto and hereby served upon you.

                                                      /s/ Heather Kolbus
                                                      Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

        I, Heather Kolbus, certify that on April 28, 2008, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system.

Mark J. Rose, Esq.
MJRoseEsq@aol.com

Constantine John Gekas, Esq.
cjg@cjglaw.com

                                          /s/ Heather Kolbus
                                          Heather Kolbus