## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1922 | **DATE** | 4/29/2008 |
| **CASE TITLE** | R. Rudnick & Co. Vs. Precision Midwest, Ltd., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to plaintiff's notice of voluntary dismissal, filed on 4/28/2008, the Court dismisses this case pursuant to Fed.R.Civ.P. 41(a)(i) for voluntary dismissal. Status hearing set for 5/22/2008 is stricken. Terminating case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|